Certificate Number: 01721-PAE-CC-029636980



01721-PAE-CC-029636980

# CERTIFICATE OF COUNSELING

I CERTIFY that on July 26, 2017, at 1:02 o'clock PM EDT, Taylor K Repine received from Advantage Credit Counseling Service, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Eastern District of Pennsylvania, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:  July 26, 2017         By:    /s/Robin Vasselo

                             Name:  Robin Vasselo

                             Title: Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).