IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Taylor Karissa Repine <br> _Debtor_ | CHAPTER 13 |
| Toyota Motor Credit Corporation <br> _Movant_ <br> vs. | NO. 18-10823 mdc |
| Taylor Karissa Repine <br> _Debtor_ <br> Robert W. Repine <br> _Co-Debtor_ | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq. <br> _Trustee_ | |

## ORDER TERMINATING AUTOMATIC STAY & CO-DEBTOR STAY

The Court has considered the Motion for Relief from the Co-Debtor Stay and for *Nunc Pro Tunc* Relief filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay as to the co-debtor is hereby terminated under 11 U.S.C. Section 1301(c) as to Movant and relief is granted *nunc pro tunc* to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2013 TOYOTA RAV4, VIN: 2T3DFREV0DW100612 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) has been waived. There is no Automatic Stay under 11 U.S.C. Section 362 as, pursuant to 11 U.S.C. Section 362(c)(4), the Debtor has filed more than two bankruptcies that have been dismissed within the past year.

Signed this 10th day of April, 2018.

_____
United States Bankruptcy Judge.

cc: See attached service list

Taylor Karissa Repine
2003 Naamans Creek Road
Boothwyn, PA 19061

Robert W. Repine
2003 Naamans Creek Road
Boothwyn, PA 19061

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532