United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-10823-mdc
Taylor Karissa Repine                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP              Page 1 of 1              Date Rcvd: Apr 11, 2018
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2018.
db             +Taylor Karissa Repine,    2003 Naamans Creek Road,    Boothwyn, PA 19061-3343

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2018 at the address(es) listed below:
         ANN E. SWARTZ    on behalf of Creditor   Pacific Union Financial, LLC ecfmail@mwc-law.com,
          ecfmail@mwc-law.com
         REBECCA ANN SOLARZ    on behalf of Creditor   Toyota Motor Credit Corporation
          bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Taylor Karissa Repine<br>　　　　　　　　　Debtor | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>　　　　　　　　　Movant<br>vs. | NO. 18-10823 mdc |
| Taylor Karissa Repine<br>　　　　　　　　　Debtor<br>Robert W. Repine<br>　　　　　　　　　Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq.<br>　　　　　　　　　Trustee | |

## ORDER TERMINATING AUTOMATIC STAY & CO-DEBTOR STAY

The Court has considered the Motion for Relief from the Co-Debtor Stay and for *Nunc Pro Tunc* Relief filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay as to the co-debtor is hereby terminated under 11 U.S.C. Section 1301(c) as to Movant and relief is granted *nunc pro tunc* to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2013 TOYOTA RAV4, VIN: 2T3DFREV0DW100612 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) has been waived. There is no Automatic Stay under 11 U.S.C. Section 362 as, pursuant to 11 U.S.C. Section 362(c)(4), the Debtor has filed more than two bankruptcies that have been dismissed within the past year.

Signed this 10th day of April, 2018.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Taylor Karissa Repine
2003 Naamans Creek Road
Boothwyn, PA 19061

Robert W. Repine
2003 Naamans Creek Road
Boothwyn, PA 19061

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532