# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 18-10823-MDC

TAYLOR KARISSA REPINE

2003 NAAMANS CREEK ROAD

BOOTHWYN, PA 19061

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    TAYLOR KARISSA REPINE

    2003 NAAMANS CREEK ROAD

    BOOTHWYN, PA 19061

Counsel for debtor(s), by electronic notice only.

    PRO-SE
    *
    *
    *,* *

Date: 4/19/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee