UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <u>Taylor Repine</u><br><br>Debtor<br><br><br><br>Last four digits of Social-Security Number: <u>xxx-xx-4455</u> | Case No: 18 - 10823<br><br>Chapter 13 |

PETITION TO PURSUE BANKRUPTCY UNDER CHAPTER 13

The Petitioner, Taylor Repine, by and through her undersigned counsel, files this Petition and avers in support thereof as follows:

1. Petitioner, Taylor Repine, is a citizen of Pennsylvania who resides at 2003 Naamans Creek Road, Boothwyn, Pennsylvania, 19061.

2. Petitioner previously filed bankruptcy six (6) times pursuant to Title 11, Chapter 13 of the United States Bankruptcy Code indicated below by date, docket number, and disposition:

    a. July 27, 2017, 17-15071-jkf, dismissed;

    b. August 28, 2017, 17-15795-mdc, dismissed;

    c. September 20, 2017, 17-16437-mdc, dismissed;

    d. November 8, 2017, 17-17604, dismissed;

      e. December 27, 2017, 17-18584-mdc, dismissed; and,

      f. February 6, 2018, 18-10823-mdc, dismissed.

3. The aforementioned cases were filed pro se and dismissed prior to resolution due to various filing and timeline mistakes.

4. Petitioner was advised by the last presiding judge that she would be unable to file another bankruptcy claim if she chose to file pro se.

5. Petitioner has retained Michael T. Malarick, Esquire to assist in filing a Chapter 13 Bankruptcy claim.

6. Petitioner's homestead is subject to Sheriff's sale and Petitioner has the financial means to bring her mortgage current through a Chapter 13 petition.

WHEREFORE, the Petitioner, Taylor Repine, requests that the Court allow a new Chapter 13 bankruptcy claim to be filed and properly adjudicated based on the claim's merits.

Respectfully Submitted,

August 20, 2018

MICHAEL T. MALARICK, ESQ. PC
BY:   Michael T. Malarick, Esquire
ID:    49544
A:    2211 Chichester Ave.
       Suite 201-B
       Boothwyn, PA 19061
P:    610-715-9960
E:    michael@malaricklaw.com
       Attorney for Petitioner

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Taylor Repine

         Debtor    :  Case No: 18 - 10823

                :  Chapter 13

ORDER

AND NOW, this _____ day of _____, 2018, upon consideration of the within Petition, and any response thereto, it is hereby ORDERED and DECREED that Debtor, Taylor Repine, may file a Chapter 13 Bankruptcy Petition before the United States Bankruptcy Court for the Eastern District of Pennsylvania.

_____ J.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Taylor Repine

                              Debtor              :      Case No: 18 - 10823

                                                        :      Chapter 13

## CERTIFICATE OF SERVICE

I, Michael T. Malarick, Esquire, attorney for debtor, Taylor Repine, do hereby certify that a true and correct copy of the foregoing "Petition to Pursue Bankruptcy Under Chapter 13", has been served this date, August 20, 2018, by electronic means upon the following:

Office of The U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
Via fax: 215-597-5795

August 20, 2018

                                                       Michael T. Malarick, Esquire
                                                           Attorney for Debtor