UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

TAYLOR REPINE                                      :    CHAPTER 13
                    Debtor                         :
                                                   :    No. 18 - 10823

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

Debtor, Taylor Repine, has filed a Motion to Pursue Bankruptcy Under Chapter 13 with the court for permission to file a Chapter 13 Bankruptcy Case for the reasons stated in the within Motion.

YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do NOT want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion, then fifteen days (15) prior to the hearing listed in paragraph 3 of this notice, you or your attorney must do all of the following:

   (a) File an answer explaining your position at:

      U.S. Bankruptcy Court
      900 Market Street, Suite 400
      Philadelphia, PA 19107

   If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) Mail a copy to the movant's attorney:

        Michael T. Malarick, Esquire
        2211 Chichester Avenue, Suite 201-B
        Boothwyn, PA 19061
        Phone (610) 715-9960   Fax (610) 561-5967

2. If you or your attorney do not take the steps described in paragraph 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the enclosed Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Magdeline D. Coleman, on 09/25/2018 at 10:30am in Courtroom #2, United States Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

                                                                 Date: 08/31/2018