United States Bankruptcy Court
Eastern District of Pennsylvania

In re:        TAYLOR REPINE,                    :        CHAPTER: 13
                        Debtor

                                                :        NO. 18 – 10823
                                                         Date: 09/25/2018
                                                         Time: 10:30am
                                                :        Courtroom: #2
                                                         900 Market Street
                                                :        Philadelphia, PA 19107

DEBTOR'S MOTION TO PURSUE BANKRUPTCY UNDER CHAPTER 13

The Movant, Taylor Repine, by and through her undersigned attorney, files this Motion and avers in support thereof as follows:

1. Movant, Taylor Repine, is a citizen of Pennsylvania who resides at 2003 Naamans Creek Road, Boothwyn, Pennsylvania, 19061.

2. Movant previously filed bankruptcy six (6) times pursuant to Title 11, Chapter 13 of the United States Bankruptcy Code indicated below by date, docket number, and disposition:

    a. July 27, 2017, 17-15071-jkf, dismissed;

    b. August 28, 2017, 17-15795-mdc, dismissed;

    c. September 20, 2017, 17-16437-mdc, dismissed;

    d. November 8, 2017, 17-17604, dismissed;

  e. December 27, 2017, 17-18584-mdc, dismissed; and,

  f. February 6, 2018, 18-10823-mdc, dismissed.

3. The aforementioned cases were dismissed prior to resolution due to various filing and timeline mistakes.

4. Movant was advised by the previous presiding judge that she would be unable to file another bankruptcy claim if she chose to file pro se.

5. Petitioner has retained Michael T. Malarick, Esquire to file assist in filing a Chapter 13 Bankruptcy claim.

6. Petitioner's homestead is subject to Sheriff's sale tentatively set for October 19, 2018.

WHEREFORE, the Movant, Taylor Repine, requests that the Court allow a new Chapter 13 bankruptcy claim to be filed and properly adjudicated based on the claim's merits.

Respectfully Submitted,

MICHAEL T. MALARICK, ESQ. PC
BY: Michael T. Malarick, Esquire
ID: 49544
A: 2211 Chichester Ave.
  Suite 201-B
  Boothwyn, PA 19061
P: 610-715-9960
E: michael@malaricklaw.com
  Attorney for Petitioner