## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                            :     CHAPTER 13
    TAYLOR REPINE
              DEBTOR               :     NO: 18 – 10823

### CERTIFICATE OF SERVICE

AND NOW, comes Michael T. Malarick, Esquire, attorney for debtor, Taylor Repine, and certifies that he served the attached Debtor's Brief via electronic means on the following parties:

Office of The U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
Fax: 215-597-5795

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105
Fax: 215-627-6299

Pacific Union Financial LLC
c/o McCabe, Weisberg & Conway, LLC
123 S. Broad St., Suite 1400
Philadelphia, PA 19109
Fax:  215-790-1274

Date:  09/16/2018

Michael T. Malarick, Esquire
Attorney for Debtor