United States Bankruptcy Court
Eastern District of Pennsylvania

In re:

TAYLOR REPINE, : CHAPTER: 13
Debtor

: NO. 18 – 10823

ORDER

AND NOW, this ___25th___ day of ___September___, 2018, upon consideration Of debtor's Motion, and any response thereto, it is hereby Ordered and Decreed that debtor, Taylor Repine, may file a Chapter 13 Bankruptcy Petition before the United States Bankruptcy Court for the Eastern District of Pennsylvania no later than October 2, 2018 (the "New Case")

Further Ordered that should the Debtor's New Case be dismissed for any reason the Debtor is barred from filing any further cases without prior court approval for 24 months.

_____
Magdeline D. C_____
                                        J.

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107


William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105


Pacific Union Financial LLC
c/o McCabe, Weisberg & Conway, LLC
123 S. Broad Street, Suite 1400
Philadelphia, PA 19109
Fax: 215-790-1274