United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-10823-mdc
Taylor Karissa Repine                                                     Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: PaulP            Page 1 of 1         Date Rcvd: Sep 26, 2018
                       Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2018.
db             +Taylor Karissa Repine,    2003 Naamans Creek Road,    Boothwyn, PA 19061-3343

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2018 at the address(es) listed below:
      ANN E. SWARTZ    on behalf of Creditor    Pacific Union Financial, LLC ecfmail@mwc-law.com,
       ecfmail@ecf.courtdrive.com
      MICHAEL T. MALARICK    on behalf of Debtor Taylor Karissa Repine michael@malaricklaw.com,
       t.mr70336@notify.bestcase.com
      RAYMOND M. KEMPINSKI    on behalf of Creditor    Pacific Union Financial, LLC ecfmail@mwc-law.com,
       ecfmail@ecf.courtdrive.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                          TOTAL: 6

United States Bankruptcy Court
Eastern District of Pennsylvania

In re:

TAYLOR REPINE,  :   CHAPTER: 13
          Debtor

                                                                            :   NO. 18 – 10823

## ORDER

AND NOW, this __25th__ day of __September__, 2018, upon consideration Of debtor's Motion, and any response thereto, it is hereby Ordered and Decreed that debtor, Taylor Repine, may file a Chapter 13 Bankruptcy Petition before the United States Bankruptcy Court for the Eastern District of Pennsylvania no later than October 2, 2018 (the "New Case").

Further Ordered that should the Debtor's New Case be dismissed for any reason the Debtor is barred from filing any further cases without prior court approval for 24 months.

_Magdeline D. C_____
                                              J.

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107


William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105


Pacific Union Financial LLC
c/o McCabe, Weisberg & Conway, LLC
123 S. Broad Street, Suite 1400
Philadelphia, PA 19109
Fax: 215-790-1274